FILED
2024 JAN 18 PM 12: 10
CLERK U S DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: CDO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 23-MJ-1133  MJ 24-00253 |
| v. | |
| Ilya Kahn | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: FBI
in the Eastern District of New York on 12/22/2023
at ___ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about January 1, 2017 to Present
in violation of Title 50 U.S.C., Section(s) 4819(a)(1), 4819(a)(2)(A-G) and 4819(b)
to wit: Conspiracy to violate the Export Control Reform Act

A warrant for defendant's arrest was issued by: Peggy Kuo

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Sealed criminal complaint and arrest warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/18/24
Date

Signature of Agent

Print Name of Agent: Thomas Lizro

Agency: FBI

Title: Special Agent

CR-52 (03/20)  DECLARATION RE OUT-OF-DISTRICT WARRANT