|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | [redacted] |

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br>Ilya Kahn<br><br>DEFENDANT. | ☑ LA  ☐ RS  ☐ SA   DATE FILED: 1/18/2024 |
|---|---|
|  | CASE NUMBER: 2:24-mj-00253-DUTY  ☐ Under Seal |
|  | INIT. APP. DATE: 1/18/2024   TIME: 1:30 PM |
|  | CHARGING DOC: Out of District Affidavit |
|  | DEFENDANT STATUS: In Custody |
|  | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
|  | VIOLATION: 50:4819 |
|  | COURTSMART/REPORTER: CS 1/18/24 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE Alka Sagar | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Delgado, Cindy          Guzman, Joseph
         *Deputy Clerk*          *Assistant U.S. Attorney*          *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is ____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: Murphy, Erin M. ____  ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☑ Poss. Contribution
  Ordered (see separate order)  ☐ Special appearance by: ____
☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
☑ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ ____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT  ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.
☑ Preliminary Hearing set for ____ at ____ in Los Angeles
☐ Post-Indictment Arraignment set for: ____ at ____ in Los Angeles
☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ____ District of ____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before ____
  ☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____
  ☐ Warrant of removal and final commitment are ordered stayed until ____
☐ Case continued to (Date) 1/23/24, Tuesday (Time) 10:00 ☑ AM / ☐ PM
☑ Type of Hearing: Detention Hearing  Before Judge A. Sagar / Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom ____  ☑ Judge's Courtroom 540, 5th
☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Release Order issued (*if issued using Release Book*: Release Order No. ____ ).
☐ Other: ____

RECEIVED: ☑ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10   ☑ READY    Deputy Clerk Initials C.d.
                                                                              : 29