**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, PLAINTIFF,

v.

ILYA KAHN, DEFENDANT(S).

CASE NUMBER

MJ24-253

**ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES**
**18 U.S.C. § 3006A(f)**

On January 18, 2024 defendant ILYA KAHN

☒ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints Erin Murphy, DFPD as counsel for the defendant

☐ until further notice.

☒ for ~~these proceedings only.~~ ***For proceedings in the Central District of California ONLY.**

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

☐ A total sum of $ ______________

☐ due not later than ______________

☐ due in monthly payments of $ ______________ beginning ______________.

☐ Monthly payments of $ ______________ to commence on ______________ and to continue until final disposition of this case.

☒ Other The Judge assigned to this case may order Defendant to make payments towards attorney's fees.

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

January 18, 2024
Dated

/ s / Alka Sagar
Honorable Alka Sagar
United States Magistrate Judge

cc: *Clerk's Office, Fiscal Section*
*CJA*
*FPD*
*PSA*