# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>ILYA KAHN<br>DEFENDANT. | CASE NUMBER<br>LA24-MJ-00253<br><br>**ABSTRACT OF COURT PROCEEDING** |

**TO:   UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable **Alka Sagar**,
☐ United States District Judge  ☐ United States Magistrate Judge, has this date  ☒ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for **Dentures and glasses.**
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: 01/18/2024

CLERK U.S. DISTRICT COURT
By: C. DELGADO 213-894-3062
Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles     ☐ Southern Division-Santa Ana     ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____

_____

| Name (Print) | Title | Signature |
|---|---|---|

*cc:* ☒ *MDC*, ☒ *Cell block*

CR-53  (10/22)                **ABSTRACT OF COURT PROCEEDING**