

FILED
CLERK, U.S. DISTRICT COURT

JAN 29 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ILYA KHAN,

    Defendant.

Case No. 24-MJ-253

ORDER OF DETENTION

I.

On January 18, 2024, Defendant Ilya Khan made his initial appearance in this district on the criminal complaint filed in the Eastern District of New York. Deputy Federal Public Defender Erin Murphy was appointed to represent Defendant. The government was represented by Assistant United States Attorney Joseph Guzman. At Defendant's request, a detention hearing was continued to January 23, 2024 and held on that date. Defendant was represented by retained counsel, Alan Eisner and Dmitry Gorin.

☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the

history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing including the arguments of counsel, the reports issued by U.S. Probation and Pretrial Services, on January 18, 2024 and January 23, 2024, and the government's brief in support of detention, filed on January 22, 2024 (Dkt. No. 12).

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant is a citizen of the U.S., Russia and Israel, has family and business ties to foreign countries, and frequently travels internationally.

☒ Financial Information is unverified; Defendant appears to have access to significant funds overseas and was in possession of $40,000 in cash at the time of his arrest.

☒ Proposed Surety is unable to confirm, and does not appear to have known of, Defendant's family ties to Israel and his finances.

☒ Failure to disclose extent of international travel to Pretrial Services.

As to danger to the community:

☒ Allegations in the criminal complaint involve a scheme to illegally export hundreds of thousands of semiconductors with military applications to Russia and other countries in violation of United Sates export laws, including the use of other countries as transshipment points in order to evade U.S. export laws and conceal the end users.

2

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and transported to the United States District Court for the Eastern District of New York for further proceedings.[1]

<u>The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: January 29, 2024

/s/
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant has requested a preliminary hearing to be held in this district; a hearing is scheduled on February 8, 2024 at 1:00 p.m.