**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
2/7/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO DEPUTY

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | LA24-MJ-00253 |
| ILYA KAHN DEFENDANT. | ABSTRACT OF COURT PROCEEDING |

TO: UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable **Alka Sagar**,
☐ United States District Judge ☐ United States Magistrate Judge, has this date ☒ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ___ social ☐ ___ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith ☐ as soon as possible ☐ as requested, at suitable times

☐ Allowed social visits ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other ___

☒ Provided with a medical examination and/or medical treatment for **Dentures and glasses.**
A report regarding this examination/treatment is to be submitted to the court on or before ___

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before ___

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before ___

☐ Other ___

THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.

Dated: **01/18/2023**

CLERK U.S. DISTRICT COURT
By: **C. DELGADO 213-894-3062**
Deputy Clerk

---

**RETURN TO CLERK'S OFFICE**

☒ Western Division-Los Angeles ☐ Southern Division-Santa Ana ☐ Eastern Division-Riverside

This abstract was received on **1/18/24**

☒ The aforementioned order(s) were or will be complied with on: **2/6/24**

☐ The aforementioned order(s) were not complied with for the following reasons: ___

| E. Jackson | Associate Warden | E. Jackson |
|---|---|---|
| Name (Print) | Title | Signature |

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22) ABSTRACT OF COURT PROCEEDING